IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

COREY DICKENS,

    Plaintiff,

v.        CASE NO. 5:14cv346-RH/GRJ

CITY OF PANAMA CITY FLORIDA,

    Defendant.

_____/

## ORDER REQUIRING DISCLOSURES

In addition to the other disclosures required by Federal Rule of Civil Procedure 26, these additional disclosures must be made:

1. By August 12, 2015, the plaintiff must file a succinct, numbered list of each action that he asserts constituted an adverse employment action—an action with tangible consequences—within the meaning of *Davis v. Town of Lake Park, Fla.*, 245 F.3d 1232, 1238-39 (11th Cir. 2001). An action that is not itself a tangible employment action but that the plaintiff contends is actionable only because it contributed to a hostile environment should not be listed.

Case No. 5:14cv346-RH/GRJ

2.  By September 2, 2015, the defendant must file a succinct, numbered list of each legitimate, nondiscriminatory reason for each of the plaintiff's claimed tangible employment actions.

SO ORDERED on August 2, 2015.

s/Robert L. Hinkle  
United States District Judge